IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>MATTHEW A. KRIMM and KRIMM FINANCIAL SERVICES, LLC,<br><br>        Defendants. | Civil Action No. 1:17-cv-464 (RDM) |

### ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

**THIS MATTER** is before the Court on plaintiff Securities and Exchange Commission's Motion for Entry of Default Judgment. Having considered the motion and the entire record, the Court enters the following Order granting plaintiff's motion.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. This Court has jurisdiction over defendants Matthew A. Krimm ("Krimm") and Krimm Financial Services, LLC ("KFS") and the subject matter of this action. Venue is proper in the District of Delaware.

2. On June 14, 2017, defendants Krimm and KFS each waived service of a summons pursuant to Fed. R. Civ. P. 4(d). D.I. 3, 4. Thus, Krimm and KFS each have proper notice of this action.

3. As of the date of this Order, defendants Krimm and KFS have failed to answer or otherwise file a response to the complaint as required by the Federal Rules of Civil Procedure.

4.  The Clerk of the Court entered default against Krimm and KFS on September 7, 2017. D.I. 6. As a consequence of defendants' default, the factual allegations of the complaint are deemed to be true. *Christ v. Cormick*, No. 06-cv-275, 2008 WL 4889127, at *1 (D. Del. Nov. 10, 2008) (citing *Comdyne I, Inc. v. Corbin*, 908 F.2d 1142, 1149 (3d Cir. 1990)). Accordingly, the Court finds Krimm and KFS committed the violations alleged in the complaint.

5.  Neither Krimm nor KFS is an infant or an incompetent.

Accordingly, it is:

**ORDERED AND ADJUDGED** that plaintiff Securities and Exchange Commission's Motion for Entry of Default Judgment is **GRANTED**. Pursuant to Fed. R. Civ. P. 58(a) of the Federal Rules of Civil Procedure, the Final Judgments attached hereto shall be entered as final judgments in this matter.

Dated: May 28, 2019

BY THE COURT:

HONORABLE ROBERT D. MARIANI
United States District Judge